1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Douglas Campbell ) | 1:07-CV-1060 AWI GSA |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO DISMISS |
| ) | |
| vs. ) | |
| ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on July 19, 2007, on behalf of Plaintiff be dismissed.  After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue.  Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal, each party to bear its own costs.

Dated: March 11, 2008            /s/ Sengthiene Bosavanh

                                 SENGTHIENE BOSAVANH, ESQ.
                                 Attorney for Plaintiff

Dated: March 13, 2008
                                 MCGREGOR SCOTT
                                 United States Attorney

                                 By: /s/ Geralyn A. Gulseth
                                 (as authorized via facsimile)
                                 GERALYN A. GULSETH
                                 Assistant Regional Counsel

1                                                    ORDER
2          Pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action is
3  DISMISSED.   The Clerk of the Court is DIRECTED to close this file.
4
5  IT IS SO ORDERED.
6  **Dated:     April 1, 2008**                          /s/ Anthony W. Ishii
                                                  UNITED STATES DISTRICT JUDGE